MN-305
(10/00)

191496  KLH

rung 9/9/10

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor:  Dennis W. and Molly W. Tureson

Chapter 7 Case No.: 09-45455

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Embarq Minnesota Inc. | 2 | | $0.85 |
| US Department of Education | 9 | | 1.77 |
| US Department of Education | 10 | | 3.89 |
| TOTAL | | | $6.51 |

Date: September 8, 2010

Trustee
Dwight R. J. Lindquist
1510 Rand Tower
Minneapolis, MN  55402
(612) 332-8871  #63538

RECEIVED 10 SEP -9 AM 9:34 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN